Tyrone HURT, Plaintiff–Appellant,

v.

The COUNTRY OF GERMANY; the American College Dictionary, Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States House of Representatives; United States Senate; the State of Maryland; Chief of Police, and all law enforcement officers, Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

The State of Maryland, Defendant–Appellee.

Tyrone Hurt, Plaintiff–Appellant,

v.

N.C. Transit, Defendant–Appellee.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States of America; unknown Narcotic Agents (1975), Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States of America, Defendant–Appellee.

Tyrone Hurt, Plaintiff–Appellant,

v.

Chief of the Police Departments, in the center of the world, W.D.C. and all law enforcement officers across the nation; United States House of Representatives, 435 members; United States Senate, 100 members, Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

The State of Nevada; Narcotics Agents (1972); any and all Forty–Nine (49) States to the United States of America; the American College Dictionary, Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

D.C. Government; Mr. Dickerson, Case Manager; Narcotic Agents (1972), Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States of America; American College Dictionary, Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States of America, Defendant–Appellee.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States Senator Johnson; the United States Senate (100 Members), Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States of America, Defendant–Appellee.

Tyrone Hurt, Plaintiff–Appellant,

v.

The National Division of the American Indian; United States of America, Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States of America, Defendant–Appellee.

Tyrone Hurt, Plaintiff–Appellant,

v.

The State of Mississippi; All States of the United States of America, Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

U.R. S., and its disabilities; United States Constitution, Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

South Carolina, and all forty (49) States of the United States of America; United States House of Representatives, (435 members); United States Senate, (100 members); the International Criminal Court, (1946 Hague Germany); the American College Heritage Dictionary, Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

The International Criminal Court, (1946) Hague Germany; United States of America; the International Peace Court, (1946) Hague, Germany; D.C. Council; Chiefs of Police, Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

Organizing for Action; International Peace Court, (1946 Hague, Germany); House of Representatives for the United States, Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States of America,
Defendant–Appellee.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States Senate; United States
House of Representatives,
Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

International Criminal Court, (1946)
(Hague, Germany); the International
Peace Court, (1946) Hague, Germany;
Philip Barton Key, U.S. Attorney in
D.C., Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States Senator Ron Johnson;
United States Senate, (100 members);
United States House of Representa-
tives, (455 members), Defendants–Ap-
pellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States of America; Planned
Parenthood, Defendants–
Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

Former President of the United States;
the American People and American
Citizens of the United States of Amer-
ica, Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

U.S. Constitution; United States
of America, Defendants–
Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

International Criminal Court, (1946)
(Hague, Germany); International
Peace Court, (1946) (Hague, Germa-
ny); the Country of Iran; United
States of America, Defendants–Appel-
lees.

Nos. 15–2414, 15–2415, 15–2416, 15–2418,
15–2419, 15–2420, 15–2423, 15–2427, 15–
2428, 15–2429, 15–2430, 15–2431, 15–
2433, 15–2434, 15–2435, 15–2436, 15–
2439, 15–2441, 15–2443, 15–2444, 15–
2447, 15–2449, 15–2450, 15–2451, 15–
2452, 15–2453, 15–2454, 15–2495.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 18, 2016.

Decided: May 2, 2016.

Tyrone Hurt, Appellant Pro Se.

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order dismissing these actions pursuant to 28 U.S.C. § 1915(e)(2)(B) 2012. We have reviewed the records and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals for the reasons stated by the district court. *Hurt v. Germany*, No. 5:15–cv–00308–H; *Hurt v. U.S. House of Representatives*, No. 5: 15–cv–00321–H; *Hurt v. Maryland*, No. 5:15–cv–00323–H; *Hurt v. N.C. Transit*, No. 5:15–cv–00327–H; *Hurt v. United States*, Nos. 5:15–cv–00329–H, 5:15–cv–00331–H; *Hurt v. Chief of Police Dep't*, No. 5:15–cv–00332–H; *Hurt v. Nevada*, No. 5:15–cv–00333–H; *Hurt v. D.C. Gov't*, No. 5:15–cv–00338–H; *Hurt v. United States*, Nos. 5: 15–cv–00340–H, 5:15–cv–00410–H; *Hurt v. Senator Johnson*, No. 5:15–cv–00417–H; *Hurt v. United States*, No. 5:15–cv–00462–H; *Hurt v. Nat'l Div. of Am. Indian*, No. 5:15–cv–00463–H; *Hurt v. United States*, No. 5:15–cv–00466–H; *Hurt v. Mississippi*, No. 5:15–cv–00467–H; *Hurt v. U.R.S.*, No. 5:15–cv–00471–H; *Hurt v. South Carolina*, No. 5:15–cv–00472–H; *Hurt v. Int'l Crim. Ct.*, No. 5:15–cv–00473–H; *Hurt v. Organizing for Action*, No. 5:15–cv–00483–H; *Hurt v. United States*, No. 5:15–cv–00498–H; *Hurt v. United States Senate*, No. 5:15–cv–00499–H; *Hurt v. Int'l Crim. Ct.*, No. 5:15–cv–00500–H; *Hurt v. Senator Ron Johnson*, No. 5:15–cv–00517–H; *Hurt v. United States*, No. 5:15–cv–00530–H; *Hurt v. Former President of U.S.*, No. 5:15–cv–00532–H; *Hurt v. U.S. Constitution*, No. 5: 15–cv–00545–H; *Hurt v. Int'l Crim. Ct.*, No. 5:15–cv–00497–H (E.D.N.C. Oct. 30, 2015; Nov. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*